# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| John Lowe, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 09-3435-CV-S-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On Friday, February 11, 2011, the Court heard oral argument on the *Plaintiff's Social Security Brief*, filed September 28, 2010 [Doc 8] and the *Brief For Defendant*, filed December 13, 2010 [Doc. 11]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument on February 11, 2011, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.

                                    */s/ John T. Maughmer*
                                    **JOHN T. MAUGHMER**
                                    **U. S. MAGISTRATE JUDGE**